UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TONYA M. HOWARD

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

6:20-CV-2194-CL

ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b)

---

CLARKE, Magistrate Judge.

Attorneys' fees in the amount of **$14,208.75** minus the EAJA fees of $7,492.96 previously paid for a total of **$6,715.79** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney, Alan Graf. The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED this _3_ day of _October_, 2023.

                                                MARK D. CLARKE
                                              United States Magistrate Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES